# ALABAMA COURT OF CRIMINAL APPEALS



August 9, 2024

**CR-2023-0871**
Travis Eugene Wolfe v. State of Alabama (Appeal from DeKalb Circuit Court:
CC-22-1154 and CC-23-242)

## <u>NOTICE</u>

You are hereby notified that on August 9, 2024, the following action was taken
in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk